COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ronny Puga and Rickey Puga v. Barbara Salesi

Appellate case number:    01-14-00724-CV

Trial court case number:  2011-28575

Trial court:              133rd District Court of Harris County

     Appellant's Motion to Stay Appeal on Account of the Death of Appellee is **DENIED**, without prejudice to refiling.

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown
              ☑ Acting individually    ☐ Acting for the Court


Date: November 26, 2014